| STATE OF LOUISIANA | * | NO. 2025-KA-0031 |
| VERSUS | * | COURT OF APPEAL |
| MARK SANDERS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

PAB

**BROWN, J., CONCURS IN THE RESULT**